B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Jenna Nichole Vanrhee**  
Debtor(s)

Case No. **11-61682-MBM**  
Chapter **7**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☒ **IT IS ORDERED** that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ **$75.00** Check one ☐ With the filing of the petition, or  
☒ On or before **9/1/2011**

$ **$75.00** on or before **10/1/2011**

$ **$75.00** on or before **11/1/2011**

$ **$74.00** on or before **12/1/2011**

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

**Signed on August 17, 2011**

/s/ Marci B. McIvor  
Marci B. McIvor  
United States Bankruptcy Judge